# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132172

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CONNY GEORGE MORITZ,
     Defendant-Appellant.

SC: 132172
COA: 251265
Macomb CC: 03-000991-FC

_____/

     On order of the Court, the application for leave to appeal the August 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

t1218

                        Clerk